WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Virgil Langley, | ) | |
| | ) | |
| Plaintiff, | ) | No. CIV 00-00497-PHX RCB |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| Raymond W. Brown, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On February 1, 2007, the Ninth Circuit's Mandate was filed, affirming in part, and reversing and remanding in part two orders of this court (doc. 244) and (doc. 245).  More specifically, the Ninth Circuit Court of Appeals reversed the attorneys' fees awards which were made in accordance with Ariz. Rev. Stat. § 12-349. It was err, according to the Ninth Circuit, to rely upon that Arizona state statute as a basis for those fee awards "[b]ecause the . . . awards were based on [plaintiff's] misconduct in the district court proceeding in the district court[.]" Doc. 271 at 2.  The Ninth Circuit reasoned that "'if sanctions [a]re to be imposed at all, it ha[s] to be under the policies and procedures delineated under

1   federal law.'" Id. at 3 (quoting In re: Larry's Apartment, LLC, 249

2   F.3d 832, 838 (9th Cir. 2001)), accordingly,

3        IT IS ORDERED that within twenty (20) days of the date of this

4   Order, defendants Albert E. Van Wagner, Jr. and Carioca Company

5   shall file and serve a brief addressing the issue of "whether

6   [attorneys'] fees should be awarded under federal law."  See id.

7   Plaintiff's response, if any, shall be filed and served no later

8   than fifteen (15) days after the filing of defendants' opening

9   brief.  Defendants' reply, if any, shall be filed and served no

10  later than ten (10) days after the filing and service of

11  plaintiff's response.

12       DATED this 22nd day of February, 2007.

13

14

15  _____

16       Robert C. Broomfield
         Senior United States District Judge

17

18

19  Copies to counsel of record

20

21

22

23

24

25

26

27

28

- 2 -